No. 25,675.

JAMES EGGLESTON, *Appellant*, v. THE MISSOURI PACIFIC RAILROAD COMPANY, *Appellee*.

MEMORANDUM DECISION.

Appeal from Butler district court, division No. 1; ALLISON T. AYRES, judge. Decision announced February 7, 1925. Affirmed.

*James Eggleston*, of El Dorado, *pro se.*

*W. P. Waggener*, and *J. M. Challiss*, both of Atchison, for the appellee.

The decision of the court was announced by

MASON, J.: The abstract and brief filed by the plaintiff do not present any question of law for the determination of the court. The record has been examined to some extent, and it does not appear that any injustice has been done by the trial court. The judgment is affirmed.

---

No. 25,677

ADA BOLLINGER, *Appellee*, v. CITY OF HILL CITY, *Appellant*.

MEMORANDUM DECISION ON REHEARING.

Appeal from Graham district court; CHARLES I. SPARKS, judge. Decision announced February 7, 1925. Original opinion of affirmance adhered to. (See 116 Kan. 604, 227 Pac. 265.)

*W. L. Sayers, J. S. Parker*, both of Hill City, *Robert Stone, George T. McDermott, Robert L. Webb*, and *Beryl R. Johnson*, all of Topeka, for the appellant.

*J. K. Cubbison, William G. Holt*, and *C. M. Kackley*, all of Kansas City, Mo., for the appellee.

The decision of the court was announced by

HOPKINS, J.: On application a rehearing was granted. Additional briefs were filed, and the case again submitted. After a further and careful consideration of the whole case, the court is of the opinion that the original judgment and opinion of affirmance should be adhered to.

It is accordingly so ordered.

DAWSON, J., not sitting.
BURCH, J., dissenting.